STATE OF CONNECTICUT *v.* ANDREW L. OWENS

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 181, is denied.

*James W. Bergenn,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 19, 1991

LAURA D. KLINGEMAN, ADMINISTRATRIX (ESTATE OF TODD KLINGEMAN) *v.* WILLIAM MACKAY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 217, is denied.

*Thomas J. Weihing,* in support of the petition.

*Thomas G. Parisot* and *Paul E. Pollock,* in opposition.

Decided September 19, 1991

SOPHIE PROTTER *v.* BROWN THOMPSON AND COMPANY ET AL.

The fourth party plaintiff-appellant Clarence Butler's petition for certification for appeal from the Appellate Court, 25 Conn. App. 360, is granted, limited to the following issue:

"When does the statute of limitations commence to run for an indemnity action? What statute of limitations, if any, governs indemnity actions?"

*David J. Scully,* in support of the petition.

*Paul Ruszczyk,* in opposition.

Decided September 19, 1991